IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02580-CMA-KLM

KEVIN HOY,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, LLC, f/k/a DJ Orthopedics, Inc., and
ABBOTT LABORATORIES,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with counsel for Defendant I-Flow Corporation, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the Clerk of the Court and that the case be reassigned by random draw.

DATED:  November __12__, 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge