IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02580-PAB-KLM

KEVIN HOY,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, LLC, and
ABBOTT LABORATORIES,

    Defendants.
_____

### MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant I-Flow Corporation's motion to lift stay [Docket No. 60], in which defendant requests that the stay of this action be lifted and that the Court schedule a status conference before the Magistrate Judge. This Court stayed all proceedings and discovery in this matter, except for the continued production of plaintiff's medical records, on March 1, 2010 pending a decision by the United States Judicial Panel on Multidistrict Litigation ("MDL Panel") as to whether the case would be transferred [Docket No. 58]. On April 14, 2010, the MDL Panel denied the request to centralize a number of cases, including the present matter. *See* Docket 60-1. Therefore, it is

    **ORDERED** that the motion to lift stay [Docket No. 60] is GRANTED in part and DENIED in part. It is further

    **ORDERED** that the stay of this action is lifted. It is further

    **ORDERED** that the parties shall coordinate the scheduling of a status conference with Magistrate Judge Kristin L. Mix.

    DATED April 30, 2010.