IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02580-PAB-KLM

KEVIN HOY,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, LLC, f/k/a DJ ORTHOPEDICS, INC., and
ABBOTT LABORATORIES,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on an **Unopposed Motion to Vacate and Reschedule Scheduling Conference** filed by Defendant Abbott Laboratories [Docket No. 68; Filed Jun 4, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that Motion is **GRANTED IN PART**. The Court is not available on the date requested by the parties. The Court will reset the Scheduling Conference to the earliest open date on the docket. Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference set for June 22, 2010 at 10:30 a.m. is **vacated and reset to August 24, 2010 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **August 17, 2010**.

Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **August 17, 2010**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated: June 9, 2010