IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02580-PAB-KLM

KEVIN HOY,

    Plaintiff,

v.

I-FLOW CORPORATION,
DJO, LLC, f/k/a DJ Orthopedics, Inc., and
ABBOTT LABORATORIES,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT ABBOTT LABORATORIES**
_____

THIS MATTER comes before the Court upon the Joint Unopposed Motion to Dismiss Abbott Laboratories With Prejudice [Docket No. 80]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 80] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Abbott Laboratories are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 4, 2010.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge